*E-Filed 2/27/12*

1

Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260

2

717 Washington Street

3

Oakland, CA 94607
Phone (510) 444-4419

4

Fax (510) 417-4149

5

Counsel for Defendant

6

JUAN DEPAZ

7

8

UNITED STATES DISTRICT COURT

9

NOTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12

UNITED STATES OF AMERICA,                    Case No.: CR 11-818 RS

13

            Plaintiff,

14

                                             STIPULATION AND [PROPOSED]
                                             ORDER TO CONTINUE HEARING

15

      vs.

16

17

JUAN DEPAZ,

18

            Defendant

19

20

21

        Defendant Juan Depaz, by and through his attorney, Adam Pennella, and the United States,

22

by and through its attorney, S. Waqar Hasib, stipulate and agree that the Status Hearing for Juan

23

Depaz, which is currently set for March 6, 2012, be continued to March 27, 2012.

24

        The parties request the continuance for the purpose of potentially entering a change of plea

25

in this matter on March 27, 2012.

26

27

28

*//*

STIPULATION AND ORDER TO CONTINUE HEARING                                            1

1       SO STIPULATED:

2

3  Dated: February 27, 2012              _____/s/_____

4                                        Adam Pennella
                                         Counsel for Juan Depaz
5

6  Dated: February 27, 2012              MELINDA HAAG
                                         UNITED STATES ATTORNEY
7

8                                        _____/s/_____

9                                        S. Waqar Hasib
                                         Assistant United States Attorney
10

11

12

13       SO ORDERED:

14

15  Dated:    2/27/12                    _____
                                         Honorable Richard Seeborg
16                                       United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE HEARING                                    2